DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

Unknown Heir A/K/A VIRGINIA JAHNKE,

Appellant,

v.

VILLAGE OF LAKE TARPON, INC., and KEATHEL CHAUNCEY, as Trustee,

Appellees.

No. 2D21-2990
_____

September 30, 2022

Appeal from the County Court for Pinellas County; Edwin B. Jagger, Judge.

Ann M. Allison of Allison Law Group, Temple Terrace; Daniel K. Schaffner, Clearwater, for Appellant.

Leslie M. Conklin, Clearwater, for Appellee Keathel Chauncey.


Barbara Prasse-Anderson of Prasse-Anderson Law Group, Tampa, for Appellee Village of Lake Tarpon, Inc.


PER CURIAM.

Affirmed.

VILLANTI, ATKINSON, and SMITH, JJ., Concur.

————————————

Opinion subject to revision prior to official publication.